# William Schwitzer & Associates, P.C.

### ATTORNEYS AT LAW

(Formerly known as Dinkes & Schwitzer, P.C.)

820 Second Avenue • New York, N.Y. 10017
Tel. 212/685-7800 • Fax 212/685-2356

WILLIAM SCHWITZER

BETH M. DIAMOND
DENNIS A. BREITNER
JOHN C. MERLINO
MARC R. MAUSER

ANDREA M. ARRIGO
KERI LYNN TIMLIN
CHUN H. CHUNG
JONATHAN H. NOBLE
HOWARD R. COHEN
GEORGE D. BATCHVAROV
ELI BABAEV
TIMOTHY R. MANDRONICO
DANIEL A. BERGER
DWAYNE T. WILLIAMS
MICHAEL S. WARYCHA
BARRY A. SEMEL-WEINSTEIN
CHRISSY GRIGOROPOULOS
NAOMIE JEAN-PHILIPPE
JOHN M. INTILI
DIONISIOS GEORGATOS
FRANK L. LANZA
GARY R. SMALL
KENNETH G. ESEHAK

HERBERT G. LINDENBAUM
OF COUNSEL

376 SMITH ROAD
LAKE RONKONKOMA, N.Y. 11779



10 BEST
LAW FIRMS
American Institute of ...
Personal Injury Attorneys

October 5, 2016

Hon. Steven L. Tiscione
U.S. Magistrate Judge
U.S. District Court for the Eastern District
Of New York
225 Cadman Plaza
Brooklyn, NY 11201

**RE:   BOGAERT-ACOSTA v. ABILENE MOTOR EXPRESS, ET ANO**
**Docket No. : 12 CV 4481 (PKC)**
**D/A : June 15, 2011**
**Our File No.:  SRY12-007**

Honorable Sir:

Please let this letter serve as the parties' joint status report.

A mediation was held on May 20, 2016 before Richard Byrne, Esq., mediator. That session did not result in a resolution of the matter. However, the parties agreed to hold a second mediation session after the defendants' depositions of plaintiff's treating physicians, Dr. Thomas and Dr. Lattuga. Dr. Thomas was deposed on September 20, 2016. The deposition of Dr. Lattuga is scheduled for November 11, 2016.

The parties further advise that defendants have recently served a discovery demand, to which plaintiff will respond within thirty (30) days. Defendants also made discovery demands during the deposition of Dr. Thomas. Plaintiff will respond to said demands within thirty (30) days of plaintiff's receipt of the deposition transcript.

Hon. Steven L. Tiscione
U.S. Magistrate Judge
U.S. District Court for the Eastern District
Of New York
Page Two
October 5, 2016

RE: **BOGAERT-ACOSTA v. ABILENE MOTOR EXPRESS, ET ANO**
     **Docket No. : 12 CV 4481 (PKC)**
     **D/A : June 15, 2011**
     **Our File No.: SRY12-007**

     The parties agree, subject to the Court's approval, to extend the time for defendant to file a threshold summary judgment motion until 120 days after completion of the second mediation session, which presently remains open and will be completed very shortly after the completion of Dr. Lattuga's deposition.

Respectfully submitted,

Howard R. Cohen (HC7640)
William Schwitzer & Associates, P.C.
820 Second Avenue, 10th Floor
New York, NY 10017
(212) 683-3800

Dylan Braverman (DB    )
Lewis, Johs, Avallone, Aviles, LLP
One CA Plaza, Suite 225
Islandia, NY 11749
(631) 755-0101